UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ROBERT W. HASEL and
ABCO Research LLC,

CIVIL NO. 01-2008 (DSD)

Plaintiffs,

v.

ORDER OF RECUSAL

PULPDENT CORPORATION,

Defendant.

Pursuant to the provisions of 28 U.S.C. § 455(a), the undersigned hereby recuses himself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

Dated: November 13, 2001

JOHN M. MASON
United States Magistrate Judge

2

Filed NOV 13 2001
Richard Sletten, Clerk
Judgment Entered
Deputy Clerk's Initials

Date: November 19, 2001 jr

R E C O R D O F D O C K E T T E X T

0:01-cv-02008 Hasel v. Pulpdent Corporation

DOCKET ENTRY

ORDER OF RECUSAL (Magistrate Judge John M. Mason) Case referred to Magistrate Judge Franklin L. Noel (4:01 AD 410). Case number remains the same except for Magistrate Judge's initials (01-2008 DSD/FLN) Case number with new Magistrate Judge's initials to be used on all future pleadings and papers submitted to the Court regarding this civil action (01-2008 DSD/FLN). 1pg(s) (cc: all counsel)

Hon. David S Doty, Judge

THIS NOTICE SENT TO ALL COUNSEL