UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Robert W. Hasel, and ABCO Research, LLC,

Plaintiffs,

v.

Pulpdent Corporation, a Massachusetts corporation,

Defendant.

Civil File No. 01-2008 DSD/FLN

**STIPULATION EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND**

WHEREAS, the First Amended Complaint was served by mail on November 20, 2001; the parties have been and continue to engage in settlement negotiations; and the parties have agreed to extend the time for defendant to answer or otherwise respond to the First Amended Complaint to January 14, 2002, to facilitate those settlement negotiations and to enable defendant to prepare its response.

Based upon the above recital, the parties stipulate and jointly request that the Court order as follows:

1. The time for defendant to answer or otherwise respond to the First Amended Complaint shall be extended to January 14, 2002.

Dated: December 21, 2001

DORSEY & WHITNEY LLP

By [signature]

David N. Fronek #0032426
Craig D. Diviney #0023103
William A. Dossett #0237930
Scott Marks #0295693
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Plaintiffs

FILED 1-3-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Dated: December 19, 2001

LEE & HOLLANDER

By [signature]
William H. Lee
287 Hanover St.
Boston, MA 02113
Telephone: (617) 742-0400

Attorneys for Defendant

IT IS SO ORDERED:

Dated: ____________________

____________________
The Honorable David S. Doty
United States District Court Judge

LEE & HOLLANDER

Dated: December __, 2001

By ______________________________

William H. Lee
287 Hanover St.
Boston, MA 02113
Telephone: (617) 742-0400

Attorneys for Defendant

IT IS SO ORDERED:

Dated: 1/2/02

______________________________
The Honorable ~~David S.~~ Doty
United States ~~District Court~~ Judge
MAGISTRATE

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500