UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Robert W. Hasel, and ABCO Research, LLC,

Plaintiffs,

v.

Pulpdent Corporation, a Massachusetts corporation,

Defendant.

Civil File No. 01-2008 DSD/FLN

**SECOND STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND**

WHEREAS, the First Amended Complaint was served by mail on November 20, 2001; the parties have been and continue to engage in settlement negotiations; the Court extended the time for defendant to answer or otherwise respond to the First Amended Complaint to January 14, 2002, to facilitate those settlement negotiations and to enable defendant to prepare its response; and a second extension of 21 days is necessary because plaintiffs recently changed licensing counsel making it impossible for the parties to conclude their licensing negotiations before January 14, 2002.

Based upon the above recital, the parties stipulate and jointly request that the Court order as follows:

1. The time for defendant to answer or otherwise respond to the First Amended Complaint shall be extended to February 4, 2002.

FILED 1-16-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Dated: January 14, 2002

DORSEY & WHITNEY LLP

By ______________________

David N. Fronek #0032426
Craig D. Diviney #0023103
William A. Dossett #0237930
Scott Marks #0295693
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Plaintiffs

Dated: January 14, 2002

WINTHROP & WEINSTEIN

By ______________________

David A. Davenport #285109
3000 Dain Rauscher Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 347-0700

LEE & HOLLANDER
William H. Lee
287 Hanover St.
Boston, MA 02113
Telephone: (617) 742-0400

Attorneys for Defendant

IT IS SO ORDERED: No further extension will be granted.

Dated: 1/15/02

______________________

The Honorable Franklin L. Noel
United States Magistrate