UNITED STATES DISTRICT COURT
District of Minnesota

PETITION FOR ADMISSION PRO HAC VICE

**Case Number: 01-cv-2008 (DSD/FLN)** **Case Title: Robert W. Hasel, and ABCO Research, LLC v. Pulpdent Corporation, a Massachusetts corporation.**

**Affidavit of Movant**

I, DAVID A. DAVENPORT, an active member in good standing of the Bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice FREDDA HOLLANDER, an attorney admitted to practice in the Bar of the State of Massachusetts, but not admitted to the Bar of this Court, who will be additional counsel for DEFENDANT, Pulpdent Corporation, in the case listed below. I am aware that the local rules of this Court require that I participate in the preparation and presentation of the case listed below, and that I accept service of all papers served.

Signature

Minnesota Attorney License Number: 0285109
Law Firm Name & Address: Winthrop & Weinstine, P.A.
3000 Dain Rauscher Plaza, 60 South Sixth Street
Minneapolis, MN 55402-4430
Telephone: (612) 347-0700 Fax: (612) 347-0600

**Affidavit of Proposed Admittee**

I, FREDDA HOLLANDER, am currently a member in good standing of the U.S. District Court for the Bar of the State of Massachusetts , but not admitted to the Bar of this Court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed below, and must accept service of all papers served.

Fredda Hollander — Type/Print Name
Signature
3/20/02 — Date

Attorney License Number: 238320
Law Firm Name & Address: Lee & Hollander
287 Hanover Street
Boston, Massachusetts
Telephone: (617) 742-0400 Fax: (617) 742-0978

Case Number: 01-cv-2008 (DSD/FLN) Judges Assigned: Judge David S. Doty and Magistrate Judge Franklin L. Noel

Case Title: *Robert W. Hasel and ABCO Research, LLC v. Pulpdent Corporation*

Motion Granted:
For the Court, ~~Francis E. Dosal~~, Clerk

APR 01 2002

Note: The original of this form and the Pro Hac Vice admission fee of $25.00 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

**Clerk, U.S. District Court**
**Federal Building, Room 708**
**316 North Robert Street**
**Saint Paul, Minnesota 55101**

idmsmpl:487888_2

FILED APR 01 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK