UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Robert W. Hasel, and ABCO Research, LLC,

Plaintiffs,

v.

Pulpdent Corporation, a Massachusetts corporation,

Defendant.

Civil File No. 01-2008 DSD/FLN

**[redacted] ORDER TO EXTEND DEADLINE TO SERVE MOTIONS TO AMEND PLEADINGS OR TO ADD PARTIES**

**IT IS HEREBY ORDERED**:

Plaintiffs shall serve motions to amend pleadings or add parties on or before June 1, 2002.

Dated: May 3 2002

The Honorable Franklin L. Noel
Chief Magistrate Judge
United States District Court

MAY 3 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK