UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Robert W. Hasel, and ABCO Research, LLC,

Plaintiffs,

v.

Pulpdent Corporation, a Massachusetts corporation,

Defendant.

Civil File No. 01-2008 DSD/FLN

**JOINT STIPULATION AND ORDER TO EXTEND EXPERT REPORT AND EXPERT DISCOVERY DEADLINES**

**WHEREAS** the expert report deadlines set forth in the current Pretrial Schedule in this action are as follows:

1) Plaintiffs' expert reports are due on or before October 22, 2002;

2) Defendant's expert reports are due on or before November 5, 2002;

3) Plaintiffs' rebuttal expert reports, if any, are due on or before November 12, 2002; and

4) Defendant's rebuttal expert reports, if any, are due on or before November 26, 2002.

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties that the expert report deadlines should be amended as follows:

1) Initial reports from party with burden of proof are due on or before November 15, 2002;

FILED OCT 11 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

2) Rebuttal reports, if any, are due on or before December 6, 2002.

**IT IS FURTHER STIPULATED AND AGREED** by and between the parties that the expert discovery deadline should be extended from January 1, 2003 to January 15, 2003.

Dated: October 8, 2002

DORSEY & WHITNEY LLP

Ronald J. Brown (#12129)
50 South Sixth Street
Minneapolis, Minnesota 55402
(612) 340-2600

ATTORNEYS FOR PLAINTIFFS

Dated: October 7, 2002

LEE & HOLLANDER

William H. Lee (#291980, Mass.)
287 Hanover Street
Boston, Massachusetts 02113
(617) 742-0400

ATTORNEYS FOR DEFENDANT

**SO ORDERED**

Dated: Oct 11, 2002 2002

United States ~~District~~ Judge
~~David S. Doty~~ Magistrate