UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ROBERT W. HASEL, and
ABCO RESEARCH, LLC,
Plaintiffs,

v.

PULPDENT CORPORATION
Defendant

CIVIL FILE NO. 01-2008
DSD/FLN

**JOINT STIPULATION AND ORDER TO EXTEND EXPERT REPORT AND EXPERT DISCOVERY DEADLINES**

WHEREAS the expert report deadlines set forth in the current Pretrial Schedule, as amended by the Court's order of October 11, 2001, are as follows:

1. Initial reports from the party with the burden of proof are due on November 15, 2002;

2. Defendant's and Plaintiffs' rebuttal reports are due on or before December 6, 2002;

and

3. The deadline for depositions of experts is January 15, 2003.

IT IS HEREBY STIPULATED AND AGREED by and between the parties that the deadlines should be amended as follows:

1. Initial reports from the Defendant on issues where it has the burden of proof are due on December 6, 2002;

2. Defendant's rebuttal reports are due on or before December 17, 2002;

3. Plaintiffs' rebuttal reports are due on or before January 17, 2002; and

12-3-02

3. The deadline for depositions of experts is January 29, 2003.

LEE & HOLLANDER

Dated: 11-27-02

By: [signature]
William H. Lee (#291980, Mass.)
287 Hanover Street
Boston, MA 02113
(617) 742-0400

ATTORNEYS FOR DEFENDANT

DORSEY & WHITNEY

Dated: 11-27-02

By: [signature]
Christopher A. Young(#288998)
50 South Sixth Street
Minneapolis, MN 55402
(612) 340-2600

ATTORNEYS FOR PLAINTIFFS

**SO ORDERED**

Dated: Dec. 02, 2002 By: [signature]