UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Robert W. Hasel, and ABCO Research, LLC,

Plaintiffs,

v.

Pulpdent Corporation, a Massachusetts corporation,

Defendant.

Civil File No. 01-2008 DSD/FLN

**JOINT STIPULATION AND ORDER TO EXTEND DISPOSITIVE MOTION DEADLINE TO MARCH 1, 2003**

**WHEREAS** the dispositive motion deadline set forth in the current Pretrial Schedule in this action is February 1, 2003;

**WHEREAS**, for the reasons set forth in Plaintiffs' Motion to Bar Defendant from Relying on Expert Opinion and to Compel Discovery Responses, Plaintiffs were unaware of Defendant's non-infringement contentions and thus were unable to prepare and finalize their dispositive motion briefs in time to comply with the current Pretrial Schedule;

**WHEREAS**, because of the fire that occurred in Defendant's counsel's office on July 25, 2002, and complications arising therefrom, as well as the occurrence of three fact witness depositions on December 30-31, 2002, it was impossible for Defendant to prepare and finalize its dispositive motion briefs in time to comply with the current Pretrial Schedule;

1-13-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties that the dispositive motion deadline should be extended until March 1, 2003.

DORSEY & WHITNEY LLP

Dated: January 9, 2003

Ronald J. Brown (#12129)
Christopher A. Young (#288998)
50 South Sixth Street
Minneapolis, Minnesota 55402
(612) 340-2600

ATTORNEYS FOR PLAINTIFFS

LEE & HOLLANDER

Dated: January 9, 2003

William H. Lee (#291980, Mass.)
287 Hanover Street
Boston, Massachusetts 02113
(617) 742-0400

ATTORNEYS FOR DEFENDANT

**SO ORDERED**

Dated: JAN 10, 2003

United States Magistrate Judge
Franklin L. Noel