UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Hasel et al., Civil No. 01-2008 (DSD/FLN)

Plaintiffs,

v. **ORDER**

Pulpdent Corp.,

Defendants.

---

Christopher Young for Plaintiffs.
David Davenport & William Lee for Defendant.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on January 13, 2003, on the Parties' Pretrial Motions.

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the parties' Motions are **GRANTED in part** and **DENIED in part** as follows:

1. Defendant's Motion to Compel Discovery, for Sanctions and to Modify the Scheduling Order [#26] is **GRANTED in part** and **DENIED in part** as follows:

   a. To the extent the Motion pertains to Deposition of Dr. Hasel, the Motion is **GRANTED**. The deposition of Dr. Hasel may be continued for an additional three hours;

   b. The Plaintiffs are ordered to prepare a privilege log of documents responsive to the subpoenas duces tecum served on Mr. Fronek and Mr. Marks;

   c. The deposition and the privilege log shall be completed and served on or before February 1, 2003; and



FILED 1-29-03
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

d. In all other respects the Motion is **DENIED**.

2. Plaintiffs' Motion for an Order to Bar Defendant from Relying on Expert Opinions and to Compel Discovery Responses [#23] is **GRANTED**.

DATED: JAN 29, 2003

Franklin L. Noel

FRANKLIN L. NOEL
United States Magistrate Judge