UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Robert W. Hasel et al.,

Plaintiffs,

v.

Pulpdent Corp.,

Defendants.

Civil No. 01-2008 (DSD/FLN)

**ORDER**

---

Christopher Young for Plaintiffs.
David Davenport & William Lee (Telephonically) for Defendant.

---

**THIS MATTER** came before the undersigned United States Magistrate Judge on March 3, 2003, on: (1) Plaintiff's Motion to Bar Defendant from Relying on Facts Not Specifically Articulated in its Interrogatory Responses[#51]; and (2) Plaintiff's Motion to Strike Defendant's Motion for Summary Judgment [#54].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that the parties' Motions are **GRANTED in part** as follows:

1. Plaintiff's Motion to Bar Defendant from Relying on Facts Not Specifically Articulated in its Interrogatory Responses[#51] is **GRANTED in part** and **DENIED in part** as follows:

   a. Defendant Pulpdent Corporation may not call Dr. Jan Stannard as a witness in this case, nor may it rely on any analysis performed by him or factual observations made by him;

   b. In all other respects the motion is **DENIED**;



FILED MAR 0 6 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. Plaintiff's Motion to Strike Defendant's Motion for Summary Judgment [#54] is **DENIED**.

DATED: March 5, 2003

FRANKLIN L. NOEL
United States Magistrate Judge