UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-2008 (DSD/FLN)

Robert W. Hasel and
ABCO Research LLC,

Plaintiffs,

v.

**ORDER OF JUDGMENT**

Pulpdent Corporation, a
Massachusetts corporation

Defendant.

This matter came on for trial before a jury on August 12, 2003, and was tried through August 25, 2003. On August 26, 2003, at the conclusion of deliberations, the jury returned the attached Special Verdict finding that defendant had infringed claims 7-8, 10-14, 20 and 27-38 of U.S. Patent 5,944,527 ("the '527 patent") and claims 1-9 and 15-21 of U.S. Patent 6,315,567 ("the '567 patent"). The court found as a matter of law that defendant infringed claims 1-6, 15-19 and 22 of the '527 patent and claims 10-14 of the '567 patent.

The jury further found that a particular use of the invention by plaintiff Robert Hasel prior to the critical date of October 6, 1993, anticipated all the patent claims asserted by plaintiffs in the patents in suit. However, the jury found that the prior use was experimental as to every asserted claim and therefore did not invalidate the patent claims.

FILED SEP - 2 2003
Richard D. Sletten, CLERK
Judgment Ent'd. SEP - 3 2003
Deputy Clerk's Initials ______

The jury additionally found that plaintiff Robert Hasel did not make a commercial sale or offer for sale of the invention as claimed in any of the asserted patent claims under the '527 or the '567 patent, therefore finding all the asserted patent claims valid.

Finally, the jury found that defendant's sales of its infringing product totaled $385,497, that a reasonable royalty rate on defendant's infringing sales was eighteen (18) percent, and that plaintiffs' damages were $69,389. The jury also found that a reasonable amount of interest on that royalty was $2,775.

Therefore, **IT IS HEREBY ORDERED** that:

1. Judgment be entered in favor of plaintiffs and against defendant in the amount of $72,164.

2. Plaintiffs shall recover their costs in accordance with Federal Rule of Civil Procedure 54(d)(1).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: August 29, 2003

David S. Doty, Judge
United States District Court

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-2003(DSD/FLN)

Robert W. Hasel and
ABCO Research, LLC,

Plaintiffs,

v.

**VERDICT**

Pulpdent Corporation, a
Massachusetts corporation,

Defendant.

We, the jury in the above-entitled action, return the following answers to the questions presented by the court:

1. Does defendant Pulpdent Corp. infringe claim 7 of the '527 patent?

Yes X No ______

2. Does defendant Pulpdent Corp. infringe claim 8 of the '527 patent?

Yes X No ______

Note: If you find that claim 8 is infringed, you must also find claim 7 infringed.

3. Does defendant Pulpdent Corp. infringe claim 10 of the '527 patent?

Yes X No ______

FILED ______
Richard D. Sletten, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

Note: If you find that claim 10 is infringed, you must also find claim 7 infringed.

4. Does defendant Pulpdent Corp. infringe claim 11 of the '527 patent?

Yes X No ______

Note: If you find that claim 11 is infringed, you must also find claim 7 and claim 10 infringed.

5. Does defendant Pulpdent Corp. infringe claim 12 of the '527 patent?

Yes X No ______

Note: If you find that claim 12 is infringed, you must also find claim 7 infringed.

6. Does defendant Pulpdent Corp. infringe claim 13 of the '527 patent?

Yes X No ______

Note: If you find that claim 13 is infringed, you must also find claim 7 and claim 12 infringed.

7. Does defendant Pulpdent Corp. infringe claim 14 of the '527 patent?

Yes X No ______

8. Does defendant Pulpdent Corp. infringe claim 20 of the '527 patent?

Yes X No ______

9. Does defendant Pulpdent Corp. infringe claim 27 of the '527 patent?

Yes __X__ No ______

10. Does defendant Pulpdent Corp. infringe claim 28 of the '527 patent?

Yes __X__ No ______

Note: If you find that claim 28 is infringed, you must also find claim 27 infringed.

11. Does defendant Pulpdent Corp. infringe claim 29 of the '527 patent?

Yes __X__ No ______

Note: If you find that claim 29 is infringed, you must also find claim 27 infringed.

12. Does defendant Pulpdent Corp. infringe claim 30 of the '527 patent?

Yes __X__ No ______

Note: If you find that claim 30 is infringed, you must also find claim 27 and claim 29 infringed.

13. Does defendant Pulpdent Corp. infringe claim 31 of the '527 patent?

Yes __X__ No ______

Note: If you find that claim 31 is infringed, you must also find claim 27 and claim 29 infringed.

14. Does defendant Pulpdent Corp. infringe claim 32 of the '527 patent?

Yes __X__ No _____

Note: If you find that claim 32 is infringed, you must also find claim 27 infringed.

15. Does defendant Pulpdent Corp. infringe claim 33 of the '527 patent?

Yes __X__ No _____

16. Does defendant Pulpdent Corp. infringe claim 34 of the '527 patent?

Yes __X__ No _____

Note: If you find that claim 34 is infringed, you must also find claim 33 infringed.

17. Does defendant Pulpdent Corp. infringe claim 35 of the '527 patent?

Yes __X__ No _____

Note: If you find that claim 35 is infringed, you must also find claim 33 infringed.

18. Does defendant Pulpdent Corp. infringe claim 36 of the '527 patent?

Yes __X__ No _____

Note: If you find that claim 36 is infringed, you must also find claim 33 infringed.

19. Does defendant Pulpdent Corp. infringe claim 37 of the '527 patent?

Yes X No ______

Note: If you find that claim 37 is infringed, you must also find claim 33 and claim 36 infringed.

20. Does defendant Pulpdent Corp. infringe claim 38 of the '527 patent?

Yes X No ______

Note: If you find that claim 38 is infringed, you must also find claim 33 infringed.

21. Does defendant Pulpdent Corp. infringe claim 1 of the '567 patent?

Yes X No ______

22. Does defendant Pulpdent Corp. infringe claim 2 of the '567 patent?

Yes X No ______

Note: If you find that claim 2 is infringed, you must also find claim 1 infringed.

23. Does defendant Pulpdent Corp. infringe claim 3 of the '567 patent?

Yes X No ______

Note: If you find that claim 3 is infringed, you must also find claim 1 infringed.

24. Does defendant Pulpdent Corp. infringe claim 4 of the '567 patent?

Yes __X__ No _______

Note: If you find that claim 4 is infringed, you must also find claim 1 infringed.

25. Does defendant Pulpdent Corp. infringe claim 5 of the '567 patent?

Yes __X__ No _______

Note: If you find that claim 5 is infringed, you must also find claim 1 infringed.

26. Does defendant Pulpdent Corp. infringe claim 6 of the '567 patent?

Yes __X__ No _______

27. Does defendant Pulpdent Corp. infringe claim 7 of the '567 patent?

Yes __X__ No _______

Note: If you find that claim 7 is infringed, you must also find claim 6 infringed.

28. Does defendant Pulpdent Corp. infringe claim 8 of the '567 patent?

Yes __X__ No _______

Note: If you find that claim 8 is infringed, you must also find claim 6 and claim 7 infringed.

29. Does defendant Pulpdent Corp. infringe claim 9 of the '567 patent?

Yes X No ______

30. Does defendant Pulpdent Corp. infringe claim 15 of the '567 patent?

Yes X No ______

31. Does defendant Pulpdent Corp. infringe claim 16 of the '567 patent?

Yes X No ______

Note: If you find that claim 16 is infringed, you must also find claim 15 infringed.

32. Does defendant Pulpdent Corp. infringe claim 17 of the '567 patent?

Yes X No ______

33. Does defendant Pulpdent Corp. infringe claim 18 of the '567 patent?

Yes X No ______

Note: If you find that claim 18 is infringed, you must also find claim 17 infringed.

34. Does defendant Pulpdent Corp. infringe claim 19 of the '567 patent?

Yes X No ______

Note: If you find that claim 19 is infringed, you must also find claim 17 infringed.

35. Does defendant Pulpdent Corp. infringe claim 20 of the '567 patent?

Yes __X__ No ______

36. Does defendant Pulpdent Corp. infringe claim 21 of the '567 patent?

Yes __X__ No ______

Note: If you find that claim 21 is infringed, you must also find claim 20 infringed.

37. Did a particular use by plaintiff Hasel prior to October 6, 1993 involve each and every limitation of any of the following claims of the '527 patent? (You must consider each claim individually.)

a. Claim 1 Yes __X__ No ______

b. Claim 2 Yes __X__ No ______

c. Claim 3 Yes __X__ No ______

d. Claim 4 Yes __X__ No ______

e. Claim 5 Yes __X__ No ______

f. Claim 6 Yes __X__ No ______

g. Claim 7 Yes __X__ No ______

h. Claim 8 Yes __X__ No ______

| | | | | |
|---|---|---|---|---|
| i. Claim 10 | Yes | X | No | |
| j. Claim 11 | Yes | X | No | |
| k. Claim 12 | Yes | X | No | |
| l. Claim 13 | Yes | X | No | |
| m. Claim 14 | Yes | X | No | |
| n. Claim 15 | Yes | X | No | |
| o. Claim 16 | Yes | X | No | |
| p. Claim 17 | Yes | X | No | |
| q. Claim 18 | Yes | X | No | |
| r. Claim 19 | Yes | X | No | |
| s. Claim 20 | Yes | X | No | |
| t. Claim 22 | Yes | X | No | |
| u. Claim 27 | Yes | X | No | |
| v. Claim 28 | Yes | X | No | |
| w. Claim 29 | Yes | X | No | |
| x. Claim 30 | Yes | X | No | |
| y. Claim 31 | Yes | X | No | |
| z. Claim 32 | Yes | X | No | |
| aa. Claim 33 | Yes | X | No | |
| bb. Claim 34 | Yes | X | No | |
| cc. Claim 35 | Yes | X | No | |
| dd. Claim 36 | Yes | X | No | |
| ee. Claim 37 | Yes | X | No | |
| ff. Claim 38 | Yes | X | No | |

Note: If you answered "no" to every part of Question 37, do not answer Question 38 and proceed to Question 39. If you answered "yes" to any part of Question 37, please answer Question 38 as to that part of Question 37 to which your answer was "yes."

38. If you answered "yes" to any part of Question 37, was such use by plaintiff Hasel an experimental use?

a. Claim 1 Yes __X__ No ____

b. Claim 2 Yes __X__ No ____

c. Claim 3 Yes __X__ No ____

d. Claim 4 Yes __X__ No ____

e. Claim 5 Yes __X__ No ____

f. Claim 6 Yes __X__ No ____

g. Claim 7 Yes __X__ No ____

h. Claim 8 Yes __X__ No ____

i. Claim 10 Yes __X__ No ____

j. Claim 11 Yes __X__ No ____

k. Claim 12 Yes __X__ No ____

l. Claim 13 Yes X No

m. Claim 14 Yes __X__ No ____

n. Claim 15 Yes __X__ No ____

o. Claim 16 Yes __X__ No ____

p. Claim 17 Yes __X__ No ____

q. Claim 18 Yes __X__ No ____

r. Claim 19 Yes __X__ No ____

| | | | | |
|---|---|---|---|---|
| s. | Claim 20 | Yes X | No ____ |
| t. | Claim 22 | Yes X | No ____ |
| u. | Claim 27 | Yes X | No ____ |
| v. | Claim 28 | Yes X | No ____ |
| w. | Claim 29 | Yes X | No ____ |
| x. | Claim 30 | Yes X | No ____ |
| y. | Claim 31 | Yes X | No ____ |
| z. | Claim 32 | Yes X | No ____ |
| aa. | Claim 33 | Yes X | No ____ |
| bb. | Claim 34 | Yes X | No ____ |
| cc. | Claim 35 | Yes X | No ____ |
| dd. | Claim 36 | Yes X | No ____ |
| ee. | Claim 37 | Yes X | No ____ |
| ff. | Claim 38 | Yes X | No ____ |

39. Did a particular use by plaintiff Hasel prior to October 6, 1993 involve each and every limitation of any of the following claims of the '567 patent? (You must consider each claim individually.)

| | | | |
|---|---|---|---|
| a. | Claim 1 | Yes X | No ____ |
| b. | Claim 2 | Yes X | No ____ |
| c. | Claim 3 | Yes X | No ____ |
| d. | Claim 4 | Yes X | No ____ |
| e. | Claim 5 | Yes X | No ____ |

| | | | | |
|---|---|---|---|---|
| f. Claim 6 | Yes | X | No | |
| g. Claim 7 | Yes | X | No | |
| h. Claim 8 | Yes | X | No | |
| i. Claim 9 | Yes | X | No | |
| j. Claim 10 | Yes | X | No | |
| k. Claim 11 | Yes | X | No | |
| l. Claim 12 | Yes | X | No | |
| m. Claim 13 | Yes | X | No | |
| n. Claim 14 | Yes | X | No | |
| o. Claim 15 | Yes | X | No | |
| p. Claim 16 | Yes | X | No | |
| q. Claim 17 | Yes | X | No | |
| r. Claim 18 | Yes | X | No | |
| s. Claim 19 | Yes | X | No | |
| t. Claim 20 | Yes | X | No | |
| u. Claim 21 | Yes | X | No | |

Note: If you answered "no" to every part of Question 39, do not answer Question 40 and proceed to Question 41. If you answered "yes" to any part of Question 39, please answer Question 40 as to that part of Question 39 to which your answer was "yes."

40. If you answered "yes" to any part of Question 39, was such use by plaintiff Hasel an experimental use?

| | | | | |
|---|---|---|---|---|
| a. Claim 1 | Yes | X | No | |

| | | | | |
|---|---|---|---|---|
| b. Claim 2 | Yes | X | No | |
| c. Claim 3 | Yes | X | No | |
| d. Claim 4 | Yes | X | No | |
| e. Claim 5 | Yes | X | No | |
| f. Claim 6 | Yes | X | No | |
| g. Claim 7 | Yes | X | No | |
| h. Claim 8 | Yes | X | No | |
| i. Claim 9 | Yes | X | No | |
| j. Claim 10 | Yes | X | No | |
| k. Claim 11 | Yes | X | No | |
| l. Claim 12 | Yes | X | No | |
| m. Claim 13 | Yes | X | No | |
| n. Claim 14 | Yes | X | No | |
| o. Claim 15 | Yes | X | No | |
| p. Claim 16 | Yes | X | No | |
| q. Claim 17 | Yes | X | No | |
| r. Claim 18 | Yes | X | No | |
| s. Claim 19 | Yes | X | No | |
| t. Claim 20 | Yes | X | No | |
| u. Claim 21 | Yes | X | No | |

41. Did plaintiff Hasel make a sale prior to October 6, 1993 that involved each and every limitation of any of the following claims of the '527 patent? (You must consider each claim

individually.)

| | | | | |
|---|---|---|---|---|
| a. Claim 1 | Yes | ________ | No | X |
| b. Claim 2 | Yes | ________ | No | X |
| c. Claim 3 | Yes | ________ | No | X |
| d. Claim 4 | Yes | ________ | No | X |
| e. Claim 5 | Yes | ________ | No | X |
| f. Claim 6 | Yes | ________ | No | X |
| g. Claim 7 | Yes | ________ | No | X |
| h. Claim 8 | Yes | ________ | No | X |
| i. Claim 10 | Yes | ________ | No | X |
| j. Claim 11 | Yes | ________ | No | X |
| k. Claim 12 | Yes | ________ | No | X |
| l. Claim 13 | Yes | ________ | No | X |
| m. Claim 14 | Yes | ________ | No | X |
| n. Claim 15 | Yes | ________ | No | X |
| o. Claim 16 | Yes | ________ | No | X |
| p. Claim 17 | Yes | ________ | No | X |
| q. Claim 18 | Yes | ________ | No | X |
| r. Claim 19 | Yes | ________ | No | X |
| s. Claim 20 | Yes | ________ | No | X |
| t. Claim 22 | Yes | ________ | No | X |
| u. Claim 27 | Yes | ________ | No | X |
| v. Claim 28 | Yes | ________ | No | X |
| w. Claim 29 | Yes | ________ | No | X |

x. Claim 30 Yes ________ No ___X___

y. Claim 31 Yes ________ No ___X___

z. Claim 32 Yes ________ No ___X___

aa. Claim 33 Yes ________ No ___X___

bb. Claim 34 Yes ________ No ___X___

cc. Claim 35 Yes ________ No ___X___

dd. Claim 36 Yes ________ No ___X___

ee. Claim 37 Yes ________ No ___X___

ff. Claim 38 Yes ________ No ___X___

Note: If you answered "no" to every part of Question 41, do not answer Question 42 and proceed to Question 43. If you answered "yes" to any part of Question 41, please answer Question 42 as to that part of Question 41 to which your answer was "yes."

42. If you answered "yes" to any part of Question 41, was the principal purpose of such sale experimentation?

a. Claim 1 Yes ________ No ________

b. Claim 2 Yes ________ No ________

c. Claim 3 Yes ________ No ________

d. Claim 4 Yes ________ No ________

e. Claim 5 Yes ________ No ________

f. Claim 6 Yes ________ No ________

g. Claim 7 Yes ________ No ________

h. Claim 8 Yes ________ No ________

i. Claim 10 Yes ________ No ________

j. Claim 11 Yes ________ No ________

k. Claim 12 Yes ________ No ________

l. Claim 13 Yes ________ No ________

m. Claim 14 Yes ________ No ________

n. Claim 15 Yes ________ No ________

o. Claim 16 Yes ________ No ________

p. Claim 17 Yes ________ No ________

q. Claim 18 Yes ________ No ________

r. Claim 19 Yes ________ No ________

s. Claim 20 Yes ________ No ________

t. Claim 22 Yes ________ No ________

u. Claim 27 Yes ________ No ________

v. Claim 28 Yes ________ No ________

w. Claim 29 Yes ________ No ________

x. Claim 30 Yes ________ No ________

y. Claim 31 Yes ________ No ________

z. Claim 32 Yes ________ No ________

aa. Claim 33 Yes ________ No ________

bb. Claim 34 Yes ________ No ________

cc. Claim 35 Yes ________ No ________

dd. Claim 36 Yes ________ No ________

ee. Claim 37 Yes ________ No ________

ff. Claim 38 Yes ________ No ________

43. Did plaintiff Hasel make a sale prior to October 6, 1993 that involved each and every limitation of any of the following claims of the '567 patent? (You must consider each claim individually.)

a. Claim 1 Yes ______ No __X__

b. Claim 2 Yes ______ No __X__

c. Claim 3 Yes ______ No __X__

d. Claim 4 Yes ______ No __X__

e. Claim 5 Yes ______ No __X__

f. Claim 6 Yes ______ No __X__

g. Claim 7 Yes ______ No __X__

h. Claim 8 Yes ______ No __X__

i. Claim 9 Yes ______ No __X__

j. Claim 10 Yes ______ No __X__

k. Claim 11 Yes ______ No __X__

l. Claim 12 Yes ______ No __X__

m. Claim 13 Yes ______ No __X__

n. Claim 14 Yes ______ No __X__

o. Claim 15 Yes ______ No __X__

p. Claim 16 Yes ______ No __X__

q. Claim 17 Yes ______ No __X__

r. Claim 18 Yes ______ No __X__

s. Claim 19 Yes ______ No __X__

t. Claim 20 Yes ______ No __X__

u. Claim 21 Yes ________ No ___X___

Note: If you answered "no" to every part of Question 43, do not answer Question 44 and proceed to Question 45. If you answered "yes" to any part of Question 43, please answer Question 44 as to that part of Question 43 to which your answer was "yes."

44. If you answered "yes" to any part of Question 43, was the principal purpose of such sale experimentation?

a. Claim 1 Yes ________ No ________

b. Claim 2 Yes ________ No ________

c. Claim 3 Yes ________ No ________

d. Claim 4 Yes ________ No ________

e. Claim 5 Yes ________ No ________

f. Claim 6 Yes ________ No ________

g. Claim 7 Yes ________ No ________

h. Claim 8 Yes ________ No ________

i. Claim 9 Yes ________ No ________

j. Claim 10 Yes ________ No ________

k. Claim 11 Yes ________ No ________

l. Claim 12 Yes ________ No ________

m. Claim 13 Yes ________ No ________

n. Claim 14 Yes ________ No ________

o. Claim 15 Yes ________ No ________

p. Claim 16 Yes ________ No ________

q. Claim 17 Yes ________ No ________

r. Claim 18 Yes ________ No ________

s. Claim 19 Yes ________ No ________

t. Claim 20 Yes ________ No ________

u. Claim 21 Yes ________ No ________

Note: If you answered "yes" regarding all of the claims listed in Questions 37 and 39, or if you answered "yes" regarding all of the claims listed in Questions 41 and 43 and you answered "no" regarding all of the corresponding claims listed in Questions 38 and 40 or Questions 42 and 44, have your foreperson sign and date this special verdict form, as you have completed your deliberations.

If you answered "no" regarding any of the claims listed in Questions 37, 39, 41 or 43 or you answered "yes" regarding any of the corresponding claims listed in Questions 38, 40, 42 and 44, please proceed to Question 45.

45. What is the amount of defendant's sales of Flows-Rite?

$ 385,497

46. Stated as a percent of sales, what is the reasonable royalty rate that should be applied?

201÷11 = 18 %

47. Using the rate set forth in Question 46, what is the reasonable royalty amount to which plaintiffs are entitled?

$ 69,389

48. What is the reasonable amount of interest to which plaintiffs are entitled on any past due royalty owed plaintiffs by defendant?

$ 2,775

Have your foreperson sign and date this special verdict form after you have finished your deliberations.

Dated: August 26, 2003

Foreperson