AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Robert W. Hasel and ABCO Research LLC.

V.

Pulpdent Corporation, a Massachusetts Corporation

## JUDGMENT IN A CIVIL CASE

Case Number: 01-CV-2008 DSD/FLN

☒ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Judgment be entered in favor of plaintiffs and against defendant in the amount of $72,164. Plaintiffs shall recover their costs in accordance with Federal Rule of Civil Procedure 54(d)(1).

September 2, 2003
Date

RICHARD D. SLETTEN, CLERK

G. Schneider
(By) Gloria Schneider, Deputy Clerk