**U.S. DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

Robert W. Hassel and
ABCO Research, LLC,

Plaintiffs,
vs.

Pulpdent Corporation,
a Massachusetts Corporation,

Defendant.

Court File No. 01-2008
DDA/FLN

**AFFIDAVIT OF SERVICE**

State of Minnesota )
) ss.
County of Hennepin )

**Wayne W. Marshall**, of Winthrop & Weinstine, P.A., being duly sworn, on oath, says: that on May 3, 2004 he served the following:

1. Second Declaration of William H. Lee in support of Defendant's Opposition to Plaintiffs' Motion for Contempt; and

2. Defendant's Supplemental Memorandum of Law in Opposition to Plaintiffs' Motion for Contempt.

upon attorneys for Plaintiffs:

Ronald J. Brown, Esq.
Dorsey & Whitney LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498

by handing to and leaving with Ms. Deidre Belfrey a true and correct copy thereof at the address listed above:

Wayne W. Marshall

Wayne W. Marshall

Subscribed and sworn to before me
this 4th day of May 2004.

Deana J. Lessor

Notary Public

DEANA J. LESSOR
Notary Public
Minnesota
My Commission Expires Jan. 31, 2005

2114367_1

2114367v1

WINTHROP & WEINSTINE

ATTORNEYS AND COUNSELORS AT LAW

May 14, 2004

David A. Davenport
(612) 604-6716
ddavenport@winthrop.com

RECEIVED
MAY 2004
CLERK, U.S. DIST. COURT

Clerk of Court
U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Re: Robert W. Hasel and ABCO Research, LLC v. Pulpdent Corporation
Court File No. 01-2008 DSD/FLN

Dear Clerk of Court:

Enclosed for filing in the above matter please find the original Affidavit of Service relating to Defendant's Supplemental Memorandum of Law in Opposition to Plaintiffs' Motion for Contempt which was filed on May 3, 2004.

Thank you for your assistance.

Very truly yours,

WINTHROP & WEINSTINE, P.A.

David A. Davenport
DAD:djl
Enclosure

2117020v1