UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Robert W. Hasel, and ABCO Research, LLC,

Plaintiffs,

v.

Pulpdent Corporation, a Massachusetts corporation,

Defendant.

Civil File No. 01-2008 DSD/FLN

**DECLARATION OF RONALD J. BROWN IN RESPONSE TO PULPDENT'S OPPOSITION TO PLAINTIFFS' BILL OF COSTS**

I, RONALD J. BROWN, declare and state as follows:

1. I am an attorney licensed to practice in the State of Minnesota. I am an attorney for Plaintiffs in this case. This Declaration is made in response to Pulpdent's Opposition to Plaintiffs' Bill of Costs. I have personal knowledge of the facts set forth in this declaration.

2. The trial transcript referenced in Pulpdent's Opposition to Plaintiffs' Bill of Costs was used to prepare Plaintiff's Memorandum in Support of Plaintiffs' Motion for a Finding of Exceptional Case and an Award of Attorneys' Fees and Costs. For example, we cite in our memorandum to critical portions of Kenneth Berk's testimony in which he (1) admitted that Pulpdent infringed several of the claims of the '527 and '567 patents that it previously claimed were not infringed, and (2) admitted that he has been aware that Pulpdent infringed those claims of the '527 patent since sometime in 2000.

3. Plaintiffs used the deposition transcript of Kenneth Berk referenced in Pulpdent's Opposition to Plaintiffs' Bill of Costs extensively in preparation for the cross-examination of

Kenneth Berk – an examination that spanned multiple days. The company that provided the transcript provides minuscripts at no additional cost.

4. The cost of round trip airfare submitted for Plaintiffs' dental expert, Dr. Richard Simonsen, and referenced in Pulpdent's Opposition to Plaintiffs' Bill of Costs, relates to the normal travel expenses Dr. Simonsen incurred in traveling between Minneapolis, Minnesota for trial and Mesa, Arizona, where he serves as Associate Dean for Preclinical Affairs and Research, and Professor of Restorative Dentistry, at the Arizona School of Dentistry & Oral Health.

5. With respect to the file history and other trial exhibits referenced in Pulpdent's Opposition to Plaintiffs' Bill of Costs, the costs sought relate to the photocopying expenses for the photocopying of Plaintiffs' trial exhibits, copies of which were distributed to the Court, opposing counsel, and retained by Plaintiffs.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 17, 2004

______________________________

Ronald J. Brown