IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

Robert W. Hasel, and ABCO Research, LLC,

Plaintiffs,

v.

Pulpdent Corporation, a Massachusetts corporation,

Defendant.

Civil File No. 01-2008 DSD/FLN

**CERTIFICATE OF ELECTRONIC SERVICE**

STATE OF MINNESOTA )
) ss
COUNTY OF HENNEPIN )

I, Ronald J. Brown, hereby certify that on May 17, 2004, I have caused to be electronically filed the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

David A. Davenport, Esq.
WINTHROP & WEINSTINE
225 South Sixth Street
Suite 3500
Minneapolis, MN 55402
ddavenport@winthrop.com

I further certify that I have caused by mail on May 18, 2004, the foregoing document and the notice of electronic filing by first-class mail to the following non-CM/ECF participants:

William H. Lee, Esq.
LEE & HOLLANDER
287 Hanover Street
Boston, MA 02113

Dated: May 18, 2004

**s/Ronald J. Brown**
Ronald J. Brown
(#12129)
**ATTORNEYS FOR PLAINTIFFS**
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Fax: (612) 340-8856
brown.ron@dorsey.com