**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Robert W. Hasel, and
ABCO Research, LLC,

Plaintiffs, Civil No. 01-2008 (DSD/FLN)

v.

Pulpdent Corporation,

Defendant.

COST JUDGMENT

The costs of Defendant have been taxed and allowed by the Clerk of this Court against Plaintiff as follows:

| | Claimed | Allowed |
|---|---|---|
| Fees of the Clerk | $150.00 | $150.00 |
| Fees for Service of Summons and Subpoena | $100.50 | $100.50 |
| Fees for Witnesses | $1,623.60 | $1,623.60 |
| Fees and Disbursements for Printing | $3,881.03 | $1,886.03 |
| Fees for Exemplification and Copies | $33,674.93 | $17,962.28 |
| Docket Fees under 28 U.S.C. § 1923 | $20.00 | $20.00 |
| TOTAL: | $39,450.06 | $21,742.41 |

Costs, therefore, are taxed in the sum of Twenty-One Thousand Seven Hundred Forty-Two and 41/100 Dollars ($21,742.41) in favor of Plaintiffs Robert W. Hasel and ABCO Research, LLC, and against Defendant Pulpdent Corp., and judgment is entered accordingly. Motion for review by the Court may be made within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of June 24, 2004.

RICHARD D. SLETTEN, CLERK

By /s Brian J. Saame
Brian J. Saame
Law Clerk