# TAXATION OF COSTS SUMMARY

Civil No. 01-2008 (DSD/FLN)

Robert W. Hasel, and
ABCO Research, LLC,

v.

Pulpdent Corporation.

---

I. Fees of the Clerk

| | | | |
|---|---|---|---|
| Claimed | $150.00 | Allowed | $150.00 |

II. Fees for Service of Summons and Subpoena

| | | | |
|---|---|---|---|
| Claimed | $100.50 | Allowed | $100.50 |

III. Fees of the Court Reporter

| | | | |
|---|---|---|---|
| Claimed | $1,623.60 | Allowed | $1,623.60 |

IV. Fees for Witnesses

| | | | |
|---|---|---|---|
| Claimed | $3,881.03 | Allowed | $1,886.03 |

Insufficient documentation to support travel costs of Dr. Richard Simonsen.

V. Fees for Exemplification and Copies

| | | | |
|---|---|---|---|
| Claimed | $33,674.93 | Allowed | $17,962.28 |

Copies (claimed in Ex. I) not shown to be necessarily obtained for use in case.

VI. Docket Fees under 28 U.S.C. § 1923

| | | | |
|---|---|---|---|
| Claimed | $20.00 | Allowed | $20.00 |

**TOTAL ALLOWED: $21,742.41**

Dated: June 24, 2004